

# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00127-CV

SYNERGY GLOBAL OUTSOURCING, LLC, Appellant

V.

HINDUJA GLOBAL SOLUTIONS, INC., AND HGS HEALTHCARE, LLC, Appellees

Today the Court heard Appellees' Motion to Dismiss Appeal for Lack of Jurisdiction. Having considered the motion, we order the appeal **DISMISSED** for want of jurisdiction.

We further order that all costs incurred by reason of this appeal be paid by appellant Synergy Global Outsourcing, LLC.

We further order this decision certified below for observance.

Judgment Rendered February 21, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Chief Justice Brister.